# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

142119

DONALD L. HOGLE,
      Plaintiff-Appellee,

v

CHRYSLER GROUP, L.L.C., f/k/a
DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142119
COA: 297971
WCAC: 08-000153

_____/

On order of the Court, the application for leave to appeal the October 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

Clerk

0330